BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXIM GRAIN TRADE B.V., <br><br> Plaintiff, <br><br> - against - <br><br> J.K. INTERNATIONAL PTY LTD., <br><br> Defendant. | 08 CIV 6989 (WHP) <br><br> **F.R. CIV. P.** <br> **RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       August 13, 2008

                                        Respectfully submitted,
                                        BLANK ROME LLP
                                        Attorneys for Defendant

                                        By _/s/ Jeremy Harwood_
                                        Jeremy J.O. Harwood (JH 9012)
                                        405 Lexington Avenue
                                        New York, NY 10174
                                        Tel.: (212) 885-5000

294478.1
900200.00001/6661697v.1