**BLANK ROME**
COUNSELORS AT LAW

COURTESY COPY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08
```

Phone:  (212) 885-5149
Fax:    (917) 332-3720
Email:  JHarwood@BlankRome.com

August 14, 2008

**BY FAX - 212-805-6390**
Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re:  Exim Grain Trade B.V. v. J.K. International Pty Ltd.
     08 Civ. 6989 (WHP)

Dear Judge Pauley:

We are attorneys for Defendant Movant J.K. International Pty Ltd. ("JKI") which has had $1,508,267 attached pursuant to an ex parte Rule B complaint dated August 5, 2008.

We have ECF filed and will take to Court a courtesy copy of our papers in support of our motion to vacate the attachment. Pursuant to Local Civil Rule E(4)(f) we respectfully request an expedited hearing. The undersigned counsel of record will be abroad on vacation from August 15 until August 26. The undersigned's partner, LeRoy Lambert, Esq., will be available if the hearing is scheduled during that period.

Respectfully submitted,

Jeremy Harwood
Jeremy J.O. Harwood

JJH:rk

cc:  By Fax
     Thomas L. Tisdale, Esq.
     Tisdale Law Offices, LLC
         Attorneys for Plaintiff

*Application granted. This court will hold a hearing on August 29, 2008 at 10:45am.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/22/2008